IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:05CR78** |
| | ) | |
| v. | ) | |
| | ) | |
| **RONALD GOODEN,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

For good cause shown, and upon the representation that there is no objection,

**IT IS ORDERED** that defendant's MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PRETRIAL MOTIONS (#12) is granted, as follows:

1. The deadline for filing pretrial motions is extended from May 2, 2005 to June 3, 2005.

2. A final trial date will be set in accordance with the Speedy Trial Act after all substantive pretrial motions are decided.

3. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **May 2, 2005 and June 3, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED May 5, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**